IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIAN YUAN PAN | : | CIVIL ACTION |
| v. | : | |
| THE HONORABLE JOHN ASHCROFT, ATTORNEY GENERAL, USA | : : | NO. 02-2712 |

O R D E R

AND NOW, this 2nd day of JULY, 2002, upon consideration of the Petitioner's Motion for Order to Release (Dkt. No. 7), it is hereby

ORDERED that the Motion be and the same is hereby DENIED as MOOT.

BY THE COURT:

_____
ROBERT F. KELLY,     Sr.  J.