IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


Tian Yun Pan

02-CV-2712
District Court Docket Number

vs.

John Ashcroft, United States Attorney General

Notice of Appeal Filed 08/28/02
Court Reporter(s)/ESR Operator(s)          None



Filing Fee:
      Notice of Appeal __Paid __x Not Paid __Seaman
      Docket Fee          __Paid _x_ Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:



Defendant's Address (for criminal appeals)

_____

_____

_____


Prepared by : _____
          Nicole Picariello, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm